■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND SIMMONS, Appellant.—Judgment, Supreme Court, Bronx County, rendered on March 22, 1979, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Birns, J. P., Sandler, Sullivan, Ross and Silverman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS HERNANDEZ, Also Known as CARLOS FERNANDEZ, Appellant.—Motion to amend the remittitur of this court to strike the last sentence of this court's order entered April 10, 1980 [75 AD2d 526] granted. Concur—Kupferman, J. P., Birns, Sandler, Ross and Markewich, JJ.

■ In the Matter of STANLEY NEEDLEMAN, an Attorney.—Motion granted to the extent of deeming the order of this court entered on July 13, 1978 [63 AD2d 216] which struck respondent's name from the roll of attorneys and counselors at law in the State of New York as an order of suspension, and of ordering a reference for the purpose of conducting a hearing. Concur—Kupferman, J. P., Birns, Markewich, Silverman and Bloom, JJ.

## (May 8, 1980)

■ EDWARD DUNAY, Respondent, v LADENBURG, THALMANN & CO, INC., et al., Appellants, et al., Defendants.—Order, Supreme Court, New York County, entered on November 28, 1979, unanimously affirmed for the reasons stated by Helman, J., at Special Term. Respondent shall recover of appellants $75 costs and disbursements of this appeal. Concur—Murphy, P. J., Kupferman, Fein, Sandler and Silverman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD HORTON, Appellant.—Judgment, Supreme Court, New York County, rendered on May 16, 1978, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. (See *People v Green,* 74 AD2d 1005.) Concur—Murphy, P. J., Kupferman, Birns, Markewich and Yesawich, JJ.